IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| BISHOP'S, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 06-163-CV-W-DW |
| | ) |
| EASTBOURNE INVESTMENTS, LTD., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

On August 7, 2007, this Court ordered Plaintiff to show cause within fifteen (15) days of the date of the order as to why (1) Plaintiff's Counsel's Motion should not be granted and (2) why, in light of the Motion, this case should not be moved from the October trial docket to a later date. The Court further notified Plaintiff that if it did not object to Plaintiff's Counsel's Motion to Withdraw but wished to continue with this suit, then Plaintiff was to obtain new counsel within twelve (12) days of its Response to this Order. See Carr Enters., Inc. v. United States, 698 F.2d 952, 953 (8th Cir. 1983) (a corporation must be represented in court by an attorney).

The Clerk of the Court mailed a copy of this Order and the Motion to Withdraw as Counsel via certified mail to Plaintiff's last known address. On August 15, 2007, the certified mail was return as "refused by addressee." Plaintiff has failed to respond to the Order to Show Cause within the time allotted.

Given this Court and Plaintiff's counsel's inability to contact Plaintiff and Plaintiff's lack of response in this case, the Court hereby DISMISSES this case for failure to prosecute. The

Clerk of the Court shall mark this case as closed.


Date:   August 28, 2007                                      /s/ Dean Whipple
                                                           Dean Whipple
                                                   United States District Judge